906

■■■■■■■■■■■■■■■■■■

No. 405.  PEEVYHOUSE ET UX. *v.* GARLAND COAL & MINING Co.  Supreme Court of Oklahoma.  Certiorari denied.  *Leslie L. Conner* and *James M. Little* for petitioners.  *M. A. Looney* for respondent.

No. 408.  WALKER ET AL. *v.* FOREST PRESERVE DISTRICT OF COOK COUNTY, ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  *Mary Shaw* for petitioners.  *E. Douglas Schwantes* for respondent.

No. 411.  MURPHY ET AL. *v.* ST. PAUL FIRE & MARINE INSURANCE Co.  C. A. 5th Cir.  Certiorari denied.  *Ernest A. Carrere, Jr.* for petitioners.

No. 412.  FAGO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Eugene Gressman* for petitioner.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John M. Brant* for the United States.

No. 413.  CRUZ *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *James J. Hanrahan* for petitioner.  *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 417.  DIRECTOR OF THE DEPARTMENT OF WELFARE AND INSTITUTIONS ET AL. *v.* YAEGER.  C. A. 4th Cir.  Certiorari denied.  *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioners.

No. 69, Misc.  BANKER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  Supreme Court of Pennsylvania.  Certiorari denied.